UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODERICK WADE YORK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. DOERER, *et al.*,<br><br>　　　　　　Defendants. | 1:25-cv-00059-JLT-EPG (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUPPLEMENT HIS IFP APPLICATION<br><br>(ECF No. 2)<br><br>THIRTY DAY DEADLINE |

　　　　Plaintiff is proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Along with his complaint (ECF No. 1), on January 14, 2025, Plaintiff filed an application to proceed *in forma pauperis*. (ECF No. 2).

　　　　The *in forma pauperis* application requires Plaintiff to answer questions under penalty of perjury, including the question "have you received any money from the following sources over the last twelve months?" (*Id.* at 1–2). The form lists several sources of income, such as pensions or gifts, as well as "other," and allows the applicant to check "yes" or "no" in response to each category. If the answer to receiving any of these categories of income is "yes," then the form requires Plaintiff to describe "each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary). (*Id.* at 2).

　　　　Plaintiff answered "yes" to receiving money from "other sources." (ECF No. 2 at 2). In addition, a certification by an authorized officer states that average monthly deposits to the Plaintiff's trust account in the past six months were $843.36. (*Id.*) However, Plaintiff did not

1

provide any of the additional information required by the form, such as describing the source of the money, the amount received, or the amount he expects to continue to receive.

Because Plaintiff's IFP application is incomplete, the Court will require Plaintiff to submit a supplemental IFP application.

Accordingly, **IT IS ORDERED** as follows:

1. The Clerk of Court is directed to send Plaintiff, along with this order, a long form application to proceed *in forma pauperis* (AO 239).
2. Within 30 days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed in full under penalty of perjury, that includes detailed information regarding his "other" sources of income.
3. Alternatively, Plaintiff may pay the $405.00 filing fee for this action.
4. Failure to comply with this order may result in dismissal of this action. No requests for extension will be granted without a showing of good cause.

IT IS SO ORDERED.

Dated:   **January 16, 2025**            /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2